**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 22−2458 | **Docketed:** 08/08/2022 |
| PJM Power Providers Group v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** agency
   **2)** petition review
   **3)** Other agency

**Originating Court Information:**
   **District:** FERC−1 : FERC EL19−58−007

   **District:** FERC−1 : FERC ER19−1486−004

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 22−1452 | 22-2458 | 08/08/2022 | |

PJM POWER PROVIDERS GROUP
    Petitioner

Paul W. Hughes, Esq.
Direct: 202−756−8981
Email: PHughes@mwe.com
Fax: 202−756−8087
[COR NTC Retained]
McDermott Will & Emery
500 North Capitol Street, N.W.
Washington, DC 20001


PJM INTERCONNECTION LLC
    Intervenor petitioner

Paul M. Flynn, Esq.
Direct: 202−393−1200
Email: flynn@wrightlaw.com
[COR NTC Retained]
Wright & Talisman
1200 G Street, N.W.
Suite 600
Washington, DC 20005

v.


FEDERAL ENERGY REGULATORY COMMISSION
    Respondent

Jared Fish, Esq.
Direct: 202−502−8101
Email: jared.fish@ferc.gov
Fax: 202−273−0901
[COR NTC Federal government]
Federal Energy Regulatory Commission
888 1st Street, N.E.
Washington, DC 20426


MARYLAND OFFICE OF PEOPLES COUNSEL
    Intervenor Respondent

Amber L. Martin Stone, Esq.
Direct: 202−879−4000
Email: amber.martin@spiegelmcd.com
Fax: 202−393−2866
[COR NTC Retained]
Spiegel & McDiarmid
1875 Eye Street, N.W.
Suite 700
Washington, DC 20006

Jeffrey A. Schwarz, Esq.
Direct: 202−879−4000
Email: jeffrey.schwarz@spiegelmcd.com
Fax: 202−393−2866
[COR NTC Retained]
Spiegel & McDiarmid
1875 Eye Street, N.W.
Suite 700
Washington, DC 20006

Scott H. Strauss, Esq.
Direct: 202−879−4000

|  | Email: scott.strauss@spiegelmcd.com |
|  | Fax: 202−393−2866 |
|  | [COR NTC Retained] |
|  | Spiegel & McDiarmid |
|  | 1875 Eye Street, N.W. |
|  | Suite 700 |
|  | Washington, DC 20006 |
| **DELAWARE DIVISION OF PUBLIC ADVOCATE**<br>Intervenor Respondent | Regina A. Iorii, Esq. |
|  | Direct: 302−577−8159 |
|  | Email: regina.iorii@delaware.gov |
|  | [COR NTC State Government] |
|  | Office of Attorney General of Delaware |
|  | Delaware Department of Justice |
|  | 820 North French Street |
|  | Carvel Office Building |
|  | Wilmington, DE 19801 |
| **NEW JERSEY DIVISION OF RATE COUNSEL**<br>Intervenor Respondent | Brian O. Lipman, Esq. |
|  | Direct: 609−984−1460 |
|  | Email: blipman@rpa.nj.gov |
|  | [NTC State Government] |
|  | State of New Jersey |
|  | Division of Rate Counsel |
|  | 140 East Front Street |
|  | 4th Floor, P.O. Box 003 |
|  | Trenton, NJ 08625 |

Case: 22-3796    Document: 1-2    Filed: 09/21/2022    Page: 4

PJM POWER PROVIDERS GROUP,

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

| | | |
|---|---|---|
| 08/08/2022 | 1 | AGENCY CASE DOCKETED. Petition filed by PJM Power Providers Group. Certificate of Service dated 08/10/2022. Service made by ECF. Payment made through pay.gov.. Receipt No. A03−63008−345. (KR) [Entered: 08/10/2022 10:30 AM] |
| 08/10/2022 | 2 | ORDER (Clerk) directing the agency to file the record or certified list in lieu of record. VACATED PER CLERK ORDER DATED 09/09/22.−−[Edited 09/09/2022 by KR] (KR) [Entered: 08/10/2022 10:35 AM] |
| 08/10/2022 | 3 | ORDER (Clerk) In No. 22−1452, the parties were previously directed to address whether that petition for review of a FERC order should be transferred to a different court of appeals. The parties must address whether the new petition should be transferred to a different court of appeals and, if so, which court. If the new developments alter the parties' positions on whether and where No. 22−1452 should be transferred, they should address that issue as well. Written responses, or formal motions seeking appropriate relief, must be filed within fourteen days of this order. [22−1452, 22−2458] (KR) [Entered: 08/10/2022 10:47 AM] |
| 08/23/2022 | 4 | ECF FILER: ENTRY OF APPEARANCE from Jared B. Fish on behalf of Respondent(s) Federal Energy Regulatory Commission. [22−2458] (JF) [Entered: 08/23/2022 09:04 AM] |
| 08/24/2022 | 5 | ECF FILER: Response filed by Intervenor Respondent Maryland Office of Peoples Counsel in 22−1452 to Clerk Order dated 8/10/22.. Certificate of Service dated 08/24/2022. [22−1452, 22−2458]−−[Edited 08/25/2022 by KR] (SHS) [Entered: 08/24/2022 04:38 PM] |
| 08/24/2022 | 6 | ECF FILER: RESPONSE from Attorney Regina A. Iorii, Esq. for Intervenor Respondent Delaware Division of Public Advocate in 22−1452 to Clerk's August 10, 2022 Order. Certificate of Service dated 08/24/2022. Service made by ECF. [22−1452, 22−2458]−−[Edited 08/25/2022 by KR] (RAI) [Entered: 08/24/2022 05:01 PM] |
| 08/24/2022 | 7 | ECF FILER: ENTRY OF APPEARANCE from Paul W. Hughes on behalf of Petitioner(s) PJM Power Providers Group. [22−2458] (PWH) [Entered: 08/24/2022 05:15 PM] |
| 08/24/2022 | 8 | ECF FILER: AGENCY INFORMATION STATEMENT on behalf of Petitioner PJM Power Providers Group. [22−2458] (PWH) [Entered: 08/24/2022 05:17 PM] |
| 08/24/2022 | 9 | ECF FILER: Concise Summary of the Case filed by Petitioner PJM Power Providers Group. [22−2458] (PWH) [Entered: 08/24/2022 05:18 PM] |
| 08/24/2022 | 10 | ECF FILER: Response filed by Petitioner PJM Power Providers Group to Clerk Order dated 8/10/22. Certificate of Service dated 08/24/2022. [22−2458, 22−1452]−−[Edited 08/25/2022 by KR] (PWH) [Entered: 08/24/2022 05:22 PM] |
| 08/24/2022 | 11 | ECF FILER: Response filed by Respondent FERC to Clerk Order dated 8/10/22.. Certificate of Service dated 08/24/2022. [22−1452, 22−2458]−−[Edited 08/25/2022 by KR] (JF) [Entered: 08/24/2022 05:56 PM] |
| 08/26/2022 | 12 | ECF FILER: LETTER from Scott H. Strauss, Esq. for Intervenor Respondent Maryland Office of Peoples Counsel, Jeffrey A. Schwarz, Esq. for Intervenor Respondent Maryland Office of Peoples Counsel and Amber L. Martin Stone, Esq. for Intervenor Respondent Maryland Office of Peoples Counsel Maryland OPC requests that it be permitted to participate as an intervenor in Case No. 22−2458 in addition to Case No. 22−1452.. Certificate of Service dated 08/26/2022. Service made by ECF. [22−2458] (SHS) [Entered: 08/26/2022 10:20 AM] |
| 08/26/2022 | 13 | ECF FILER: LETTER filed by Intervenor Respondent New Jersey Division of Rate Counsel to proceed as intervenor. Certificate of Service dated 08/26/2022. Service made by ECF. [22−1452, 22−2458]−−−−[Edited 08/26/2022 by KR] (BOL) [Entered: 08/26/2022 10:36 AM] |
| 08/26/2022 | 14 | ECF FILER: ENTRY OF APPEARANCE from Scott H. Strauss on behalf of Intervenor(s) MARYLAND OFFICE OF PEOPLES COUNSEL. [22−2458] (SHS) [Entered: 08/26/2022 12:25 PM] |

| 08/26/2022 | 15 | ECF FILER: ENTRY OF APPEARANCE from Amber L. Martin Stone on behalf of Intervenor(s) MARYLAND OFFICE OF PEOPLES COUNSEL. [22−2458] (ALM) [Entered: 08/26/2022 12:27 PM] |
|---|---|---|
| 08/26/2022 | 16 | ECF FILER: LETTER from Attorney Regina A. Iorii, Esq. for Intervenor Respondent Delaware Division of Public Advocate in 22−2458, 22−1452. Certificate of Service dated 08/26/1961. Service made by ECF. [22−2458, 22−1452] (RAI) [Entered: 08/26/2022 12:31 PM] |
| 08/26/2022 | 17 | ECF FILER: ENTRY OF APPEARANCE from Jeffrey A. Schwarz on behalf of Intervenor(s) MARYLAND OFFICE OF PEOPLES COUNSEL. [22−2458] (JAS) [Entered: 08/26/2022 12:34 PM] |
| 08/26/2022 | 18 | ECF FILER: ENTRY OF APPEARANCE from Regina A. Iorii on behalf of Intervenor(s) Delaware Division of the Public Advocate. [22−2458, 22−1452] (RAI) [Entered: 08/26/2022 12:39 PM] |
| 09/06/2022 | 20 | ECF FILER: Motion filed by PJM Interconnection, L.L.C. to proceed as intervenor in support of Petitioner. Certificate of Service dated 09/06/2022. [22−2458]−−[Edited 09/06/2022 by KR] (PMF) [Entered: 09/06/2022 01:49 PM] |
| 09/06/2022 | 21 | ECF FILER: ENTRY OF APPEARANCE from Paul M. Flynn on behalf of Intervenor(s) PJM Interconnection, L.L.C.. [22−2458] (PMF) [Entered: 09/06/2022 04:11 PM] |
| 09/07/2022 | 22 | ORDER (Clerk) granting motion to proceed as intervenor filed by PJM Interconnection, L.L.C. (KR) [Entered: 09/07/2022 02:15 PM] |
| 09/09/2022 | 23 | ORDER (Clerk) Because the petitioner and respondent agree that 28 U.S.C. Section 2112 requires the agency record for these cases to be filed in the U.S. Court of Appeals for the Sixth Circuit, the March 16, 2022, and the August 10, 2022, orders directing the respondent to file the record in this Court are VACATED. [22−1452, 22−2458] (KR) [Entered: 09/09/2022 09:07 AM] |
| 09/19/2022 | 24 | ECF FILER: STATUS REPORT received from Respondent FERC. Certificate of Service dated 09/19/2022. Service made by ECF. [22−1452, 22−2458] (JF) [Entered: 09/19/2022 04:17 PM] |
| 09/20/2022 | 25 | ORDER (Clerk) The petitioner and FERC agree the Third Circuit petitions should be transferred to the Sixth Circuit under Section 2112(a)(5). The petitions are transferred to the U.S. Court of Appeals for the Sixth CIrcuit. [22−1452, 22−2458] (KR) [Entered: 09/20/2022 09:53 AM] |